IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**RUSSETTA W.,**

    **Plaintiff,**

v.                                        **Case No. 2:23-cv-2260**
                                                   **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF SOCIAL SECURITY,**    **Magistrate Judge Caroline H. Gentry**

    **Defendant.**

## OPINION AND ORDER

On August 29, 2024, the Magistrate Judge issued a Report and Recommendation that, if adopted, would overrule Plaintiff's objection and affirm the Defendant's denial of disability benefits. (ECF No. 14.)

Plaintiff has filed a timely objection (ECF No. 16) to which the Commissioner has responded (ECF No. 17). The undersigned has reviewed the objections, the record and the Magistrate Judge's Report and Recommendation. The Commissioner of Social Security has correctly applied the law, and the factual findings are supported by substantial evidence.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. (ECF No. 14.) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED**. This case is **DISMISSED**. The Clerk is **DIRECTED** to enter judgment and terminate this case.

    **IT IS SO ORDERED.**

 **Date:  9/23/2024**                                       **s/Edmund A. Sargus, Jr.**
                                                       **EDMUND A. SARGUS, JR., JUDGE**
                                                       **UNITED STATES DISTRICT JUDGE**